**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 03-1190**

_____

In Re:  RAY ELBERT PARKER,

                                    Petitioner.

_____

On Petition for Writ of Mandamus.  (CA-02-771-A)

_____

Submitted:  March 20, 2003          Decided:  March 27, 2003

_____

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Ray Elbert Parker, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ray Elbert Parker petitions for a writ of mandamus. He seeks an order from this court to set aside the magistrate judge's order and grant his motion to file an amended complaint.

Mandamus relief is available only when the petitioner has a clear right to the relief sought. See In re First Fed. Sav. & Loan Assn., 860 F.2d 135, 138 (4th Cir. 1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. See Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Mandamus may not be used as a substitute for appeal. See In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Parker is not available by way of mandamus. Accordingly, we deny the petition for writ of mandamus, deny Parker's motion for writ of error, and deny his motion for transfer of entire district court record. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2